# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Dennis K Coleman | § | Case No. 15-23571 |
| Olena A Coleman | § | |
| | § | |
| | § | |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Zane L. Zielinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/06/2016          By: /s/ Zane L. Zielinski
                                      Chapter 7 Trustee

*Zane L. Zielinski*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| Dennis K Coleman | § | Case No. 15-23571 |
| Olena A Coleman | § | |
| | § | |
| Debtors | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| The Final Report shows receipts of | $ | 3,250.00 |
|---|---|---|
| and approved disbursements of | $ | 20.00 |
| leaving a balance on hand of[1] | $ | 3,230.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $ 812.50 | $ 0.00 | $ 812.50 |
| Trustee Expenses: Zane L. Zielinski | $ 14.25 | $ 0.00 | $ 14.25 |
| Total to be paid for chapter 7 administrative expenses | | | $ 826.75 |
| Remaining Balance | | | $ 2,403.25 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,808.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 9,861.12 | $ 0.00 | $ 955.25 |
| 2 | Discover Bank | $ 4,481.32 | $ 0.00 | $ 434.11 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | $ 10,466.50 | $ 0.00 | $ 1,013.89 |

Total to be paid to timely general unsecured creditors    $ 2,403.25

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Zane L. Zielinski
Chapter 7 Trustee

*Zane L. Zielinski*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Dennis K Coleman  
Olena A Coleman  
       Debtors

Case No. 15-23571-BWB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: nbatson     Page 1 of 1     Date Rcvd: Oct 07, 2016  
                  Form ID: pdf006     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2016.  
db/jdb     +Dennis K Coleman, Olena A Coleman, 3172 E. Thunderbird court, Aurora, IL 60503-5583

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
23886897     E-mail/Text: mrdiscen@discover.com Oct 07 2016 19:35:31     Discover Bank,  
      Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025  
23891159     +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 07 2016 19:32:15  
      PYOD, LLC its successors and assigns as assignee, of Citibank, N.A.,  
      Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008  
                                                   TOTAL: 2

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
aty       FactorLaw  
                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2016                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2016 at the address(es) listed below:

       Ariane Holtschlag    on behalf of Trustee Zane L. Zielinski aholtschlag@wfactorlaw.com, bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com  
       Arnold H. Landis    on behalf of Creditor    Glenview State Bank arnoldlandis1@ameritech.net, jglandislaw@yahoo.com;cle@ameritech.net;skarova@ameritech.net;bryanthompson@ameritech.net;skarova@landislaw.net;bthompson@landislaw.net;cle@landislaw.net;alandis@landislaw.net  
       Keith Levy    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com  
       Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov  
       Slava Tenenbaum    on behalf of Debtor 1 Dennis K Coleman Aaron@LawTenenbaum.com  
       Slava Tenenbaum    on behalf of Debtor 2 Olena A Coleman Aaron@LawTenenbaum.com  
       Steven C Lindberg    on behalf of Creditor    Wells Fargo Bank, National Association as Trustee for Bear Stearns Asset Backed Securities I, LLC, Green Point Mortgage Funding Trust 2006-AR1, Mortgage Pass-Through Certificates, Series 2006-AR1 bankruptcy@fallaw.com  
       Terri M Long    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for Wells Fargo BAnk, National Association as Trustee for Bear Stearns Asset Backed Securities I, LLC, Green Point Mortgage Funding Trust 2006-AR1, M tmlong@tmlong.com, Courts@tmlong.com  
       Zane L. Zielinski    on behalf of Trustee Zane L. Zielinski zzielinski@wfactorlaw.com, zzielinski@ecf.epiqsystems.com  
       Zane L. Zielinski    trustee@zanezielinski.com, zzielinski@ecf.epiqsystems.com  
                                                     TOTAL: 10