UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Dennis K Coleman | § | Case No. 15-23571 |
| Olena A Coleman | § | |
| | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 204,206.22                    Assets Exempt: 36,382.84
*(Without deducting any secured claims)*

Total Distributions to Claimants: 2,403.25      Claims Discharged
                                                 Without Payment: 322,021.93

Total Expenses of Administration: 846.75

---

   3) Total gross receipts of $ 3,250.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 3,250.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 258,152.77 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 846.75 | 846.75 | 846.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 66,080.47 | 24,808.94 | 24,808.94 | 2,403.25 |
| **TOTAL DISBURSEMENTS** | $ 324,233.24 | $ 25,655.69 | $ 25,655.69 | $ 3,250.00 |

    4)  This case was originally filed under chapter 7 on 07/09/2015 . The case was pending for 17 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/09/2016               By:/s/Zane L. Zielinski
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| JP Morgan Chase Prefence Payment | 1241-000 | 3,250.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,250.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO BOX 78420 Phoenix, AZ 85062 | | 209,387.65 | NA | NA | 0.00 |
| | Glenview State Bank 800 Waukegan Rd. Glenview, IL 60025 | | 11,824.90 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ocwen Loan Servicing, LLC PO BOX 6440 Carol Stream, IL 60197 | | 28,000.00 | NA | NA | 0.00 |
| | Volkswagen Credit Inc PO BOX Carol Stream, IL 60197 | | 8,940.22 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 258,152.77 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 812.50 | 812.50 | 812.50 |
| Zane L. Zielinski | 2200-000 | NA | 14.25 | 14.25 | 14.25 |
| Associated Bank | 2600-000 | NA | 20.00 | 20.00 | 20.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 846.75 | $ 846.75 | $ 846.75 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | 10,373.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 4,975.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 1,834.00 | NA | NA | 0.00 |
| | Comenity Bank/Dress Barn Attention: Bankruptcy P.O. Box 182686 Columbus, OH 43218 | | 66.00 | NA | NA | 0.00 |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | 536.31 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Silverleaf Club PO Box 130359 Dallas, TX 75313 | | 83.95 | NA | NA | 0.00 |
| | Us Bank 4325 17th Ave S Fargo, ND 58125 | | 5,362.21 | NA | NA | 0.00 |
| | Us Bank 4325 17th Ave S Fargo, ND 58125 | | 8,639.00 | NA | NA | 0.00 |
| | Village Green Dental Center 2853 E. New York St Suite A Aurora, IL 60502 | | 1,554.00 | NA | NA | 0.00 |
| | Will County Collector PO BOX 5000 Joliet, IL 60434 | | 8,040.00 | NA | NA | 0.00 |
| 1 | Discover Bank | 7100-000 | 9,698.00 | 9,861.12 | 9,861.12 | 955.25 |
| 2 | Discover Bank | 7100-000 | 4,488.00 | 4,481.32 | 4,481.32 | 434.11 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 10,431.00 | 10,466.50 | 10,466.50 | 1,013.89 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 66,080.47 | $ 24,808.94 | $ 24,808.94 | $ 2,403.25 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-23571 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
| Case Name: | Dennis K Coleman | | | | Date Filed (f) or Converted (c): | 07/09/2015 (f) |
| | Olena A Coleman | | | | 341(a) Meeting Date: | 09/14/2015 |
| For Period Ending: | 12/09/2016 | | | | Claims Bar Date: | 01/29/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3172 E. Thunderbird Court Aurora, Il 60503 | 216,666.00 | 0.00 | | 0.00 | FA |
| 2. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 3. Chase Joint Checking Acct - 6089 | 523.06 | 0.00 | | 0.00 | FA |
| 4. Furniture | 200.00 | 0.00 | | 0.00 | FA |
| 5. Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6. 2380 E. Hwy 76, Branson, Mo 65616 Time Share For Dogwood Sho | 0.00 | 0.00 | | 0.00 | FA |
| 7. 2013 Toyota Scion Xd - 12,000 Miles | 11,000.00 | 0.00 | | 0.00 | FA |
| 8. 2010 Volkswagen Routan 4D Se - 40,155 Miles | 12,000.00 | 0.00 | | 0.00 | FA |
| 9. JP Morgan Chase Prefence Payment (u) | 0.00 | 3,250.00 | | 3,250.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $240,589.06        $3,250.00        $3,250.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee's final report is set for hearing November 4, 2016.

RE PROP #        2    --    The Debtor's Real estate was listed twice.

Initial Projected Date of Final Report (TFR): 12/01/2017        Current Projected Date of Final Report (TFR): 10/06/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 15-23571 | Trustee Name: Zane L. Zielinski |
| Case Name: | Dennis K Coleman | Bank Name: Associated Bank |
| | Olena A Coleman | Account Number/CD#: XXXXXX4644 |
| | | Checking |
| Taxpayer ID No: | XX-XXX3939 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: | 12/09/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/13/16 | 9 | JP Morgan Chase<br>1111 Polaris Parkway Floor 1N<br>Columbus, OH 43240 | Litigation Settlement | 1241-000 | $3,250.00 | | $3,250.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,240.00 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,230.00 |
| 11/04/16 | 5001 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $826.75 | $2,403.25 |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($812.50) | 2100-000 | | | |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($14.25) | 2200-000 | | | |
| 11/04/16 | 5002 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Distribution | | | $1,389.36 | $1,013.89 |
| | | Discover Bank | Final distribution to claim 1 representing a payment of 9.69 % per court order. ($955.25) | 7100-000 | | | |
| | | Discover Bank | Final distribution to claim 2 representing a payment of 9.69 % per court order. ($434.11) | 7100-000 | | | |
| 11/04/16 | 5003 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 3 representing a payment of 9.69 % per court order. | 7100-000 | | $1,013.89 | $0.00 |
| | | | COLUMN TOTALS | | $3,250.00 | $3,250.00 | |
| | | | Page Subtotals: | | $3,250.00 | $3,250.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,250.00 | $3,250.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,250.00 | $3,250.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4644 - Checking | $3,250.00 | $3,250.00 | $0.00 |
|  | $3,250.00 | $3,250.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,250.00 |
| Total Gross Receipts: | $3,250.00 |

Page Subtotals:                                    $0.00        $0.00